| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

LOUIS B. STREDIC, SR., §
TDCJ 789666, §
        Plaintiff, §
§
*versus* §    CIVIL ACTION H-07-962
§
SUE D. SELLECK, ET AL., §
§
        Defendants §

# Opinion on Dismissal

Louis B. Stredic filed a civil rights complaint. 42 U.S.C. § 1983. He is held in the state prison. Stredic has not paid the filing fee or moved to proceed as a pauper. Given Stredic's abuse of the federal courts, this court will assume he is proceeding as a pauper and dismiss this case under 28 U.S.C. § 1915(g).

Stredic has sued about 37 other times in the federal district courts in Texas, including transfers. The district court dismissed three of these lawsuits as frivolous or for failure to state a claim. *See Stredic v. McCleod, et al.*, 2:99cv369 (N.D. Tx.); *Stredic v. Fernald, et al.*, 5:00cv001 (N.D. Tx.); and *Stredic v. Yenning*, 5:01cv234 (N.D. Tx.). When Stredic sued, he was confined in prison or jail. These other cases were dismissed before Stredic filed this case.

A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Stredic's papers do not show such danger. Stredic may move for reinstatement within 30 days if he submits the full $350 filing fee with his motion.

This complaint is dismissed. 28 U.S.C. § 1915(g).

Signed on March 26, 2007, at Houston, Texas.

                                            Lynn N. Hughes   USDJ
                                       United States District Judge